IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELIZABETH JENNINGS**                                                                 **PLAINTIFF**

VS.                                    No. 4:22-cv-00860 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE