IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


**ELIZABETH JENNINGS**                                              **PLAINTIFF**


VS.                    No. 4:22-cv-00860 PSH


**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                         **DEFENDANT**


### ORDER

Elizabeth Jennings ("Jennings") filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Counsel for defendant Kilolo Kijakazi ("Kijakazi") has conferred with Jennings' counsel and they have agreed to an award of EAJA fees and expenses in the amount of $8,523.55 and costs in the amount of $402.[1]

The motion is granted, and the EAJA award in the amount of $8,523.55 and costs of $402 is approved. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Jennings, and

---

[1] Jennings originally sought an award of $10,595.01 and costs of $425.55.

not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Jennings, in care of her attorney, Bryan Konoski, and shall mail the check to Mr. Konoski at his New York, New York address.

The motion for attorney fees and expenses (docket entry no. 16) is granted.

IT IS SO ORDERED this 1st day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE